525 EVM, Inc., as Assignee of Dzianis Haiduk, Appellant, 
against
GEICO General Insurance Company, Respondent.




Fuld & Karp, P.C. (Cheryl Scher, Esq.), for appellant.
Law Office of Printz & Goldstein (Lawrence J. Chanice, Esq.), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Reginald A. Boddie, J.), entered June 2, 2014. The order, insofar as appealed from and as limited by the brief, upon denying plaintiff's motion for summary judgment, failed to find, pursuant to CPLR 3212 (g), that plaintiff had established certain facts for all purposes in the action.




ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff moved for summary judgment and defendant cross-moved for summary judgment dismissing the complaint. The Civil Court denied both motions, finding that there were triable issues of fact.
Plaintiff's sole argument on appeal is that the Civil Court, upon denying plaintiff's motion for summary judgment, should have found, pursuant to CPLR 3212 (g), that plaintiff had established certain facts for all purposes in the action. As we decline plaintiff's request to limit the issues for trial pursuant to CPLR 3212 (g) (see S & R Med., P.C. v GEICO Gen. Ins. Co., 52 Misc 3d 133[A], 2016 NY Slip Op 51013[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2016]), the order, insofar as appealed from, is affirmed.
PESCE, P.J., ALIOTTA and SOLOMON, JJ., concur.
Paul Kenny
Chief Clerk
Decision Date: September 08, 2017